Name: Terry Tabor

Address: JLCC 40797 J Hwy 62
E. Boley, Oklahoma 74829

**FILED**
FEB 26 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF OKLAHOMA

Terry Dewayne Tabor
Gina Farris Webb, Plaintiff
(Full Name)

v.

Beckham C. Detention Center / Court House
ECPD
Elk City, OK Red Rock, Defendant(s)
Elk City, OK Hospital
FBI, CIA, military

Case No. CIV-25-249-PRW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

### A. JURISDICTION

1) Terry Tabor (Plaintiff), is a citizen of Oklahoma (State), who presently resides at JLCC 40797 J Hwy 62 E. Boley, Oklahoma 74829
(Mailing address or place of confinement)

2) Defendant Beckham C. Detention Center (Name of first defendant) is a citizen of Sayre, OK (City, State),

and is employed as Sheriffs Office (position and Title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☑   No ☐   If your answer is "Yes", briefly explain:

FBI, CIA, using HAARP equipment, also Jenkins, HARO's Brown, hungess, miller, doing FARADY Cage, illegal experiment in jail on paramilitary. on thes Fleal Robert Cheney for signing a statement verifing he knew gov, Police etc. was trying to kill me for Reporting them. Webb has all the evidence on

[right margin vertical text:] she fortified Jun 4th 2024 David Ciempa killed Randi Roberts

XE-2    7/93    RECEIVED    CIVIL RIGHTS COMPLAINT (42 U.S.C. § 1983)
FEB 24 2025
CLERK'S OFFICE

3) Defendant <u>Beckham C. Court House</u> is a citizen of
   (Name of second defendant)
   <u>Sayre, Oklahoma</u>, and is employed as
   (City, State)
   <u>Court house</u>. At the time the claim(s)
   (Position and Title, if any)

   alleged in this complaint arose was this defendant acting under color of state law?
   Yes ☐    No ☐    If your answer is "Yes", briefly explain:

   _____

   _____
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(3); 42 U.S.C. § 1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background or your case.

   I've been Targeted by Beckham County, FBI CIA, and military and Gang stalkers, For having a Domestic violence with my kids mother: Jessica Hamphaus. I have proof. Its called mk ultra Project, HAARP. FARADAY CAGE. I have all the statements on Gina Webbs Facebook sign by Weatherford, OK Red Rock Techs they are witness's of the Criminal Nature the State an FBI CIA military an Gang stalkers Are doing to me an Have Done. They wont allow Webb to File. Also they have been lying on me about a car accident I was in, in 2012 I was the passenger. They didnt lock up the Driver Surfin for hit an Run. Elk City Hospital an Red Rock d's'p illegal experiments on people an jail. Gina Webb has all o...

XE-2    7/93

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 ½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: I have statements to officers, that they did not deliver to Webb D.A. she has proof of that on her Facebook an in her office. Also I faxed her reports. Thats why I put her as one of the plaintiffs

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

My Brother Kelsey Waggoner told me in 2016 that Roper was going to Kill me by causing me to Whither. because I was catching on to the Domestic violence targeting that she an gov. is doing to me. Because I have a domestic with Jessica Kampsnos

B) (1) Count II: The Courts of Beckham, Supreme Courts, FBI, CIA, military wants Gina Webb to denie all this on say in a mental patient. So they can falsely indict her. Because she knows I know she isn't trying to Kill me or Harm me. And she's Not lying on me about the car accident an they want her to lie

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) I gave her 100% Full permission to watch over me to make sure I'm safe because they are trying to kill me for separating them.

Webb has the statements I got copies of after giving to ecpd also Beckham c. Detention Center. that they refused to take to Her afraid of Webb filing on them for being apart of the targeting. one statement was sign by pauline from Red Rock in Weatherford on phone with P.w. office in Beckham stating they have not received anything

C) (1) Count III: from me giving to police. she has all the statements sign by Deangelo, Alyssa, Zana, betty, Camron military posey. along with other signatures. stating about the Domestic violence Targeting. MK ultra illegal experiment, FARADAY Cage The No Consent Form, about experiment I sign No Consent to sign by Leticia at Fort Supply also

she has all of them

(2)   Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Ecpd dispatch threating me over phone day I was arrested october 11th 2024 Webb brought it up in Court about me calling that day. also Christi at Red Rock elk City is apart of the targeting you can see it on camera when she couldn't force me against my will to check in I could no longer fill out a statement inside I had to leave property as its suppose to be a safe place it shows on camera her demeanor toward me.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☑   If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) I filled out reports in Roger mills sheriffs office in 2023 an they faxed to osbi but aint heard

   a)  Parties to previous lawsuit: Nothing. I filled out reports in Beckham county in 2022 an 2023 on they never made it to
       Plaintiffs: the D.A office an I was sent to Roger mills due to life being in Danger. they were using power mechanical electricity
       Defendants: through ventalation system burn other holes in my forearms to try to keep me from further filing an they would leak fake

   b)  Name of Court and Docket Number: pictures. an they filed Detention officer Cheney for verifing an signing he knew law enforcement Gov. gary stallers try to kill me for Reporting about the mk ultra

   c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____
   _____

   d)  Issues Raised? _____

   e)  Approximate date of filing lawsuit? _____

   f)  Approximate date of disposition? _____

XE-2    7/93

4

an she said she appreciated. appreciated me for reporting for her Brother Brendon stout, about the electronic kill, that Roper, an Law enforcement guy did to him calling it a overdose Roper is behind it all allegedly FBI CIA para military to do illegal acting in Elk area s:

2) I have previously sought informal or formal relief from appropriate administrative officials regarding the acts complained of in Part C.

Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I made reports in jail an streets An they Never made it to Gina Webb Sr I sent to Huk on Facebook an Faxed, an got out of jail in Aug of 2024 took statements over, at that time Medina in 2024 took a couple of statements over. about Jennifer Capps getting paid 20,000 to try to kill me. on 10/19/2020 also a friend said Jennifer medina was parked at Homeland grocery store 10/19/2020 an I member Jen medina showing me a app or program where she was hooked up to some Satellite electric transmitter other statements were taken To Webb by Medina the Detention officer

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I first put in Complaints in 2017 in Beckham County jail, also when I got out of prison in 2020. No slander charges Filed on me about anything because what I'm stating is true. They are trying to use the HAARP system to try an Cause me mental illness, so they think I wont be credible to produce evidence in court.

Gakona Truck HAARP Elk City, Ok   Alaska HAARP illegal project experiment

_Signature of Attorney (if any)_

_Jerry Dewayne Jahn_
Signature of Petitioner

(Attorney's full address and telephone number)

XE-2   7/93

Left margin (sideways): 9/5/20 the Affirmation I reported to Gina Webb, that first open Roper/Capps/Webb gov. Did not report or look into Mary is innocent so Jimmie, an miranda, an Kelsy Hoffman is innocent

2) I have previously sought informal or formal relief from appropriate administrative officials regarding the acts complained of in Part C.
Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I made reports in jail an streets an they Never made it to Gina Webb So I sent to Her on facebook an Faxed, an got out of jail in Aug of 2024 took statements over, at that time Medina in 2024 took a couple of statements over. about Jennifer Capps getting paid 20,000 to try to kill me. on 10/19/2020 also a friend said Jennifer medina was parked at Homeland Grocery store 10/19/2020 an I member Jen medina showing me a app or program where she was hooked up to see Satellite electric transmitter other statement were taken To Webb by Medina the Detention officer.

Gakona Truck HAARP Elk City, Ok Alaska HAARP Illegal project experiment

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:
I first put in Complaints in 2017 in Beckham County jail. also when I got out of prison in 2020. No Slander charges Filed on me about anything because what I'm stating is true. They are trying to use the HAARP System to try an Cause me mental illness, so they think I won't be Credible to produce evidence in Court.

_____   Jerry Dewayne Tabor
Signature of Attorney (if any)   Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

XE-2   7/93

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.   18 U.S.C. § 1621.

Executed at __JLCC 407971 US 62 Boley, Ok 74829__ on __February 16__, 20__25__.
               *(Location)*                         *(Date)*

                                                          *Jerry Dewayne Tabor*
                                                              *(Signature)*