IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY DEWAYNE TABOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-249-PRW |
| ) | |
| BECKHAM COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 14), recommending that Plaintiff's Complaint (Dkt. 1) be dismissed in its entirety. Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.

The Court thus reviews the Report and Recommendation to confirm that there is no plain error on the face of the record.[2] Finding none, the Court agrees with Judge Erwin's analysis and conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 14) in full. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

[2] *See Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991).

**IT IS SO ORDERED** this 27th day of May 2025.

                                              PATRICK R. WYRICK
                                              UNITED STATES DISTRICT JUDGE